UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:

LORI ANN GOLDEN,

Case No. B-10-81526 C-7D

Debtor

## MOTION FOR EXTENSION OF TIME FOR FILING STATEMENT PURSUANT TO SECTION 704(b)

The undersigned United States Bankruptcy Administrator for the Middle District of North Carolina ("BA"), pursuant to Rules 1017(e) and 9006(b) of the Federal Rules of Bankruptcy Procedure, moves the Court for an order extending for eight (8) days the time period in which a statement may be filed pursuant to Section 704(b) of the Bankruptcy Code.

In support of the motion, the undersigned shows the Court the following:

1. On August 25, 2010, the Debtor, Lori Ann Golden ("Debtor"), filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. The Debtor's § 341 Meeting of Creditors was held on October 1, 2010.

3. At the § 341 Meeting of Creditors, the BA requested that the Debtor produce certain documents which were necessary to make a determination as to the presumption of abuse, pursuant to § 704(b), and the Debtor agreed to do so.

4. The BA did not receive any of the documents requested until this afternoon and cannot make an informed decision as to the presumption of abuse without additional time to review them.

5. The deadline for the BA to file a statement of presumed abuse or a statement of no presumed abuse has not yet expired but runs only through today.

6. For these reasons, the BA requests an eight-day extension of time, through October 20, 2010, to file a § 704(b) statement regarding the presumption of abuse. The undersigned has corresponded with Debtor's counsel regarding the documents and this motion, and Debtor's counsel has no objection to the requested extension of time.

WHEREFORE, the undersigned hereby requests that the Court enter an order extending the time within which a statement regarding the presumption of abuse may be filed, pursuant to Rule 704(b), through and including October 20, 2010.

DATED:  October 12, 2010.                              **MICHAEL D. WEST**
                                                       **U.S. BANKRUPTCY ADMINISTRATOR**

                                                       By _/s/ Robyn R. C. Whitman_
                                                       Robyn R. C. Whitman
                                                       N.C. State Bar No. 16325
                                                       Post Office Box 1828
                                                       Greensboro, NC  27402
                                                       (336) 358-4170


### CERTIFICATE OF SERVICE

This is to certify that the **MOTION FOR EXTENSION OF TIME FOR FILING STATEMENT PURSUANT TO SECTION 704(b)** was duly served on the date set forth below upon each of the following by either electronic means (if registered on CM/ECF) or by depositing a copy in the United States mail, first class, postage prepaid, addressed as follows:

Koury L. Hicks, Esq.

John A. Northen, Esq.


DATED:  October 12, 2010.                              **U.S. BANKRUPTCY ADMINISTRATOR**

                                                       By: _/s/ Robyn R. C. Whitman_
                                                       Robyn R. C. Whitman